458 A.2d 275

Commonwealth v. Hill a/k/a Jones, Appellant.

Submitted March 24, 1982. Anthony S. Federico, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and ROWLEY, JJ.

The judgment of sentence of the lower court is affirmed.

458 A.2d 275

Commonwealth v. Hoffman, Jr., Appellant.

Submitted March 23, 1982. Deborah K. Hoff, Assistant Public Defender, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and ROWLEY, JJ.

The order of the lower court is affirmed.